IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> HAL D. MINTZ and SABBY MANAGEMENT, LLC, <br><br> Defendants. | Civil No. 23-3201 (RMB/AMD) |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephonic status conference held on September 9, 2024, with all counsel as noted on the record; and good cause appearing for the entry of the within Order:

IT IS on this **9th** day of **September 2024**, hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **December 4, 2024 at 11:30 A.M.** Counsel shall utilize the following dial-in instructions for the conference: **1-856-210-8988 / 400 612 459#**. At least three (3) days prior to the scheduled conference, the parties shall send the Court a letter identifying all discovery disputes, if any exist. No issue will be addressed unless the parties have first conferred pursuant to Local Civil Rule 37.1(a) by speaking in-person or by telephone.

2. Pretrial factual discovery shall be concluded by **February 3, 2025,** without prejudice to any party's right to request an extension of discovery. All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

3. **Depositions**. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in *Hall v. Clifton Precision*, 150 F.R.D. 525 (E.D. Pa.

1993). In addition, all depositions, including video depositions, shall comply with Federal Rule of Civil Procedure 30.

      4. **Discovery Letters and Motions**. Counsel shall meet and confer in a good faith attempt to informally resolve any and all discovery or case management disputes before seeking the Court's intervention. *See* Local Civil Rule 37.1(a)(1). Absent exigent circumstances, the Court expects parties to "meet and confer" in-person, via telephone, or video conference before making a discovery application. Any dispute not resolved shall be brought to the Court's attention by letter after counsel's good faith attempt to resolve the dispute has failed and shall set forth in detail the specific efforts that were made to resolve the dispute before contacting the Court. No discovery motion shall be made without prior leave of Court. *See* Local Civil Rule 37.1(b).

      5. Any application for an extension of time beyond the deadlines set herein shall be made prior to expiration of the period sought to be extended and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                  s/ Ann Marie Donio
                                  ANN MARIE DONIO
                                  UNITED STATES MAGISTRATE JUDGE

cc: Hon. Renée Marie Bumb,
    Chief Judge