

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

**Filed By ECF**

Magistrate Judge Ann Marie Donio
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: <u>SEC v. Hal D. Mintz, et al.</u> Civil Action No. 1:23-cv-03201-RMB-AMD

Dear Magistrate Judge Donio:

This letter will serve as a joint status letter with respect to this matter, as per the Court's Amended Scheduling Order entered on September 9, 2024. ECF No. 51.

Since the Court held a status conference in this matter on December 4, 2024, both the SEC and Defendants Hal D. Mintz and Sabby Management, LLC ("Defendants") have continued to engage in discovery, including taking five depositions. On March 11, 2024, the Court granted Defendants' letter request for an extension of time to complete fact discovery through May 16, 2025. ECF. No. 51. Two additional depositions are scheduled to occur on May 14, 2025. There are no discovery disputes between the parties at this time.

Please feel free to call or write if you have any questions or concerns in advance of the telephone status conference, currently scheduled to take place on Monday, April 28, 2024, at 2:30 PM.

Dated: April 25, 2025                    Respectfully Submitted:

                                         <u>/s/ Edward Reilly</u>
                                         Edward Reilly
                                         Daniel Maher
                                         U.S. SECURITIES AND EXCHANGE COMMISSION
                                         DIVISION OF ENFORCEMENT
                                         100 F Street, N.E.
                                         Washington, DC 20549
                                         Telephone: (202) 551-6791 (Reilly)
                                         Facsimile: (202) 772-9292
                                         E-mail: ReillyEd@SEC.gov
                                         *Attorneys for Plaintiff*
                                         *U.S. Securities and Exchange Commission*


                                         <u>/s/Aari Itzkowitz</u>
                                         Jay Auslander (*pro hac vice*)
                                         Aari Itzkowitz (*pro hac vice*)

Michael Van Riper
Wilk Auslander LLP
825 Eighth Avenue
Suite 2900
New York, NY 10019
Telephone: (212) 981-2300
Email: aitzkowitz@wilkauslander.com

*Attorneys for Defendants Hal D. Mintz and Sabby Management LLC*