

Michael Van Riper
Associate
212.981.2902
mvanriper@wilkauslander.com

September 4, 2025

**FILED BY ECF**

Hon. Ann Marie Donio
United States Magistrate Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    *U.S. Securities and Exchange Commission v. Hal D. Mintz and Sabby Management LLC,* 1:23-cv-03201 (RMB) (AMD)

Dear Judge Donio:

      Defendants Hal D. Mintz and Sabby Management LLC ("Sabby") (collectively, with Mintz, "Defendants") and Plaintiff U.S. Securities and Exchange Commission (the "SEC" and collectively, the "Parties") write to respectfully request that the Court permit a brief extension of: (i) the current expert deposition deadline from September 25, 2025 to October 21, 2025, and (ii) the current dispositive motion deadline in this case from November 7, 2025 to December 8, 2025, due to scheduling conflicts in arranging for expert depositions.

      This is the Parties' fifth request for an extension of discovery and the first request for an extension of the deadline to complete expert depositions and to file dispositive motions. All prior requests were granted. *See* ECF Nos. 37, 40, 47, 51.

      Federal Rule of Civil Procedure 16(b)(4) states that "[a] schedule may be modified only for good cause and with the judge's consent." Good cause in this context is established when "the party seeking the extension" can "show that the deadlines set forth in the scheduling order 'cannot reasonably be met despite the diligence of the party seeking the extension.'" *Williams v. Sullivan*, No. 08-1210, 2011 WL 2119095, at *4 (D.N.J. May 20, 2011) (quoting FED. R. CIV. P. 16(b) advisory committee note to 1983 Amendment). Here, ample good cause exists to extend the current expert deposition deadline and dispositive motion deadline to October 21, 2025 and December 8, 2025, respectively.

      To date, the Parties have worked diligently in attempting to schedule their respective experts' deposition. Due to scheduling conflicts of the Parties, the expert witnesses' availability, and religious holidays during September and October, the Parties have scheduled the depositions of the SEC's expert on September 30, 2025, and the deposition of Defendants' expert on October 21, 2025. Given that these deposition dates run past the Court's original deadline of September 25,

Hon. Ann Marie Donio
August 4, 2025
Page 2

2025 for expert discovery, the Parties require additional time to complete the necessary expert depositions, as well as an additional thirty (30) days in order to adequately prepare for the filing of any dispositive motions.

      Accordingly, good cause exists to extend the schedule here, particularly where the Parties have worked diligently to schedule these key depositions, and where the Parties have identified the need for additional time to complete expert depositions and to prepare for potential dispositive motions.

      Respectfully submitted,

*/s/   Michael Van Riper*
Jay S. Auslander (*pro hac vice*)
Aari Itzkowitz (*pro hac vice*)
Ruhi Behal (*pro hac vice*)
Michael Van Riper
**WILK AUSLANDER LLP**
825 Eighth Avenue, Ste. 2900
New York, New York 10019
(646) 375-76602 tel
(212) 752-6380 fax
jauslander@wilkauslander.com
aitzkowitz@wilkauslander.com
rbehal@wilkauslander.com
mvanriper@wilkauslander.com

cc:
Daniel J. Maher
Edward J. Reilley
**U.S. Securities and Exchange Commission**
100 F. Street NE
Washington, DC 20549
Telephone: (202) 551-4737
Maherd@sec.gov
(w/o encls.)